THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MANASSA and HOWARD COLGAN, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

VOYCHOK CONSTRUCTION CO., INC., Appellant, v. WARNER-HUDNUT CORPORATION, Respondent, Impleaded with Others.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

VOYCHOK CONSTRUCTION CO., INC., Appellant, v. WARNER-HUDNUT CORPORATION, Defendant, Impleaded with EMIL DIEBITSCH, INC., and NATIONAL SURETY COMPANY, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GRACE NATIONAL BANK OF NEW YORK, Respondent, v. WILLIAM BERNSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN J. BERGEN, Appellant, v. TERMINAL CAB CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RIVERDALE HOME BUILDERS, INC., Appellant, v. PRUDENCE COMPANY, INC., Respondent, Impleaded with Others.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARY McDERMOTT, Respondent, v. AMBROSE LEE, Defendant, Impleaded with ABRAHAM FRITZ and JACOB FEINBERG, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JACOB BERGER, Respondent, v. KEYSTONE TRANSPORTATION CO., INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CALVIN BULLOCK, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for an Order of Certiorari of DELMAN, INC., Appellant, against HENRY L. CONNELL and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent, v. BARNET HIRSCH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ABNER C. SURPLESS, as Trustee in Bankruptcy of Affiliated Millinery Enterprises, Inc., Respondent, v. SIDNEY N. SANDS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GRAYBAR CONSTRUCTION CORPORATION, Respondent, for an Order Summarily Discharging from Record an Alleged Notice of Lien, etc. NATIONAL GUNITE CONTRACTING CO., INC., Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.